UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EAGLE SPE NV 1, INC.,<br><br>                      Plaintiff,<br>  v.<br><br>SOUTHERN HIGHLANDS<br>DEVELOPMENT CORP., *et al.,*<br><br>                      Defendants. | Case No. 2:12-cv-00550-MMD-PAL<br><br>ORDER |

      In their briefs relating to Defendants' motion to dismiss, the parties cite to other cases filed in this district that involve Plaintiff or its parent company, Branch Banking & Trust Company ("BB&T"). The Court's review of its own docket shows several cases involving BB&T. Some of these cases involve claims for deficiency judgment against borrowers and breach of guaranty against guarantor(s), similar to the claims in this case. *See, e.g.*, *Branch Banking and Trust Company v. Rossal*, No. 2:12-cv-01298-MMD-GWF (D. Nev. filed July 23, 2012). One of the legal issues presented in the parties' briefs is the application of NRS § 40.459(1)(c) to the transaction at issue.

      Local Rule 7-2.1 requires counsel to file a notice of related cases. An action may be related to another action if both involve "similar questions of fact and the same question of law and their assignment to the same district judge and/or magistrate judge is likely to effect a substantial savings of judicial effort." LR 7-2.1(c).

      The Court questions whether some of the cases pending in this district involving Plaintiff or BB&T may be related. However, this question cannot be efficiently resolved

without an extensive review of the cases filed by either Plaintiff or BB&T. Accordingly, the Court directs Plaintiff's counsel to provide a list of cases filed in this district by either Plaintiff or BB&T that are related to this case in that they involve similar questions of law (e.g., the application of NRS § 40.459(1)(c)). To the extent counsel believes that any case is related by virtue of other issues, counsel is directed to note the related issues and provide a brief explanation of why the issue is related. Counsel's identification of related cases will greatly assist the Court in managing its docket.

It is therefore ordered that counsel for Plaintiff submit the list of cases pursuant to this Order within ten (10) days.

DATED THIS 25th day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE