AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

EAGLE SPE NV 1 INC,

     Plaintiff,

v.

SOUTHERN HIGHLANDS
DEVELOPMENT CORP, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  2:12-cv-00550-MMD-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 133) is granted. Plaintiffs' motion for summary judgment on liability (ECF No. 132) is denied.

March 22, 2017                                                            **DEBRA K. KEMPI**
                                                                                               Clerk

                                                                                               /s/ K. Rusin
                                                                                               Deputy Clerk