J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MARK M. JONES, ESQ. (#267)
m.jones@kempjones.com
SPENCER H. GUNNERSON, ESQ. (#8810)
s.gunnerson@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EAGLE SPE NV 1, INC., a North Carolina corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS DEVELOPMENT CORPORATION, a Nevada corporation; OLYMPIA GROUP, L.L.C., a Nevada limited liability company; OLYMPIA LAND CORPORATION, a Nevada corporation; GARRY GOETT, an individual; GUY INZALACO, an individual; GARRY GOETT as Trustee of the GOETT FAMILY TRUST dated September 4, 1987, as amended and restated; GUY INZALACO as Trustee of the INZALACO FAMILY TRUST dated November 7, 1997, as amended; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00550-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. § 41, Plaintiff Eagle SPE NV 1, Inc., and Defendants Southern Highlands Development Corporation, Olympia Group, L.L.C., Olympia Land Corporation, Guy Inzalaco, individually and as trustee of the Inzalaco Family Trust dated November 7, 1997, as amended, and Garry Goett, individually and as trustee of the Goett Family Trust dated September 4, 1987, as amended and restated, by and through their respective counsel of record, hereby stipulate and agree to the following:

1

1. That all claims by all parties relating to or arising from this action are hereby dismissed with prejudice;

2. That each party shall bear their own attorneys' fees, costs, and expenses; and

3. That any pending dates or deadlines be vacated.

DATED this 28th day of October, 2019.   DATED this 28th day of October, 2019.

**KEMP, JONES & COULTHARD, LLP**   **HOLLAND & HART LLP**

 /s/ J. Randall Jones   /s/ Steve Peek
J. Randall Jones, Esq.   Steve Peek, Esq.
Mark M. Jones, Esq.   Jeremy J. Nork, Esq.
Spencer H. Gunnerson, Esq.   Frank Z. LaForge, Esq.
3800 Howard Hughes Parkway, 17th Floor   5441 Kietzke Lane, Second Floor
Las Vegas, Nevada 89169   Reno, Nevada 89511
*Attorneys for Defendants*   *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 28, 2019